```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

CARL W. SULLIVAN, et al.         *

        Plaintiffs        *

          vs.                    *     CIVIL ACTION NO. MJG-13-1283

CATHOLIC HEALTH INITIATIVES,    *
INC.
        Defendant         *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE
### PENDING CONSUMMATION OF SETTLEMENT

It appears that the parties have agreed upon a basis of settlement but will require additional time to consummate the agreement. It further appears that there is no reason for this case to remain in active and open status provided that it can be reopened if, and when, necessary without adverse effect upon the rights of any party hereto.

    Accordingly:

1. This case is STAYED pending final action on the settlement.

2. The Clerk of the Court shall ADMINISTRATIVELY CLOSE this case for possible reopening pursuant to further Order of this Court upon the application (by December 31, 2014) of any party hereto based upon the failure to consummate the settlement or other good cause.

3.  The administrative closing of this case shall not affect any rights of the respective parties in this, or any other, proceeding.

4.  The Clerk of the Court shall send copies of this Order to all parties or their counsel of record.

SO ORDERED, on Monday, March 31, 2014.

```
                          /s/
                   Marvin J. Garbis
              United States District Judge
```